**Laurence J. SKELLY, and Ellen Burke, individually and on behalf of all others similarly situated, Plaintiffs–Appellants,**

v.

**INSURANCE SERVICES OFFICE, INC. and The Pension Plan for Insurance Organizations, Defendants–Appellees.***

No. 14–3916.

United States Court of Appeals, Second Circuit.

April 27, 2015.

Bennet Susser (Richard S. Meisner, Alissa Pyrich, on the brief), Jardim, Meisner & Susser, P.C., Florham Park, NJ, for Appellants.

---

* The Clerk of Court is respectfully directed to amend the caption as set forth above.

Robert W. Rachal, Proskauer Rose LLP, New Orleans, LA (Myron D. Rumeld, Proskauer Rose LLP, New York, NY, on the brief), for Insurance Services Office, Inc.; Jonathan L. Sulds, Greenberg Traurig, LLP, New York, NY, for The Pension Plan for Insurance Organizations.

· PRESENT: AMALYA L. KEARSE, B.D. PARKER and RICHARD C. WESLEY, Circuit Judges.

### SUMMARY ORDER

Plaintiffs–Appellants Laurence Skelly and Ellen Burke, on behalf of a putative class, allege that Defendants–Appellants, including Plaintiffs' former employer, Insurance Services Office, Inc., violated the Employee Retirement Income Security Act of 1974. The district court dismissed Plaintiffs' claims by memorandum dated September 12, 2014, which was filed on September 15, 2014, *Skelly v. Ins. Servs. Office, Inc.*, No. 12–8889, Doc. No. 50 (S.D.N.Y. Sept. 15, 2014), and order dated September 16, 2014. Plaintiffs now appeal.

We have considered all of Plaintiffs' contentions on this appeal and have found them to be without merit. We **AFFIRM** for substantially the same reasons stated by the district court in its memorandum.